IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **QUKULKHAN SHAHBAZ NAGAQIXI AMARU**, *et al.*, § § § **Plaintiffs,** § § **v.** § § **RHOME POLICE DEPARTMENT,** *et al.*, § § § **Defendants.** § | § § § § **Civil Action No. 4:22-cv-01090-O-BP** § § **(Consolidated with Civil Action No. 4:22-cv-01096-P-BJ)** § § § § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiffs' constitutional challenges (ECF Nos. 74-75; and ECF Nos. 37, 38, 39, 40, 61 containing earlier versions of these challenges) are **DENIED**, Defendants' Motions (ECF Nos. 23, 28, 29, 30, 98, 100, 102, 106) are **GRANTED**, and Plaintiffs' claims are **DISMISSED** with leave to amend, except as to their claims based on criminal law and those asserted on behalf of their minor children, which are dismissed without leave to amend.

If Plaintiffs wish to amend their Complaint (ECF No. 4) to address the legal deficiencies identified in the United States Magistrate Judge's Findings, Conclusions, and Recommendation

(ECF No. 123), they **SHALL FILE** a First Amended Complaint on or before fourteen days from the date of this Order.

    **SO ORDERED** on this **30th** day of **August, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**